*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



FILED
OCT 1 4 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

MARVIN X. DAMON

REG.NO. 33793-083

*(Enter above the full name of the plaintiff or plaintiffs in this action)*

*(Inmate Reg. # of each Plaintiff)*

v.

CIVIL ACTION NO. 1:14-26833
*(Number to be assigned by Court)*

BART MASTERS, WARDEN,

JOHN BOWLING, FOOD SERVICE ADMINISTRATOR,

J. TABOR, ASSISTANT FOOD SERVICE ADMINISTRATOR,

JOHN BOYD, FEDERAL BUREAU OF PRISONS, FOOD SERVICE EMPLOYEE.

*(Enter above the full name of the defendant or defendants in this action)*

Defendant(s).

## COMPLAINT

**I.  Parties**

    A.  Name of Plaintiff: Marvin X. Damon

        Inmate No.: 33793-083

        Address: Federal Correctional Institution-Hazelton

                 P.o. Box 5000

                 Bruceton Mills, Wv 26525

B. Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: N/A

Inmate No.:

Address:

Name of Plaintiff: N/A

Inmate No.:

Address:

C. Name of Defendant: Bart Masters

Position: Warden

Place of Employment: Federal Correction Complex -FCI-McDowell
101 Federal Drive
Welch, West Virginia 24801  (304)436-7300

D. Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: John Bowling

Position: Food service administrator

Place of Employment: FCI-McDowell-101 Federal Way/P.o. Box 1029
Welch, Wv. 24801  (304)436-7390  Fax:(304)436-7399

Name of Defendant: J. Tabor

Position: Assistant Food Service Administrator

Place of Employment: FCI-McDowell-101 Federal Way/P.o. Box 1029
Welch, Wv 24801

Name of Defendant: John Boyd
Position: Food Service employee
Place of Employment: FCI-McDowell-101 Federal way/P.o. Box 1029
Welch, Wv 24801

2

II. **Place of Present Confinement**

Name of Prison/Institution: <u>Federal Correctional Institution-Hazelton, Wv</u>

A. Is this where the events concerning your complaint took place?

Yes _____ No __X__

If you answered "no," where did the events occur? <u>Federal Correctional</u>

<u>Institution-McDowell: P.O. BOX 1009, Welch, Wv 24801</u>

B. Is there a prisoner grievance procedure in this institution?

Yes __X__ No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes __X__ No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): <u>See attached **(BP-8) W/response:(BP-9)**, **W/response:(BP-10) W/response: (BP-11)** W/ a **'MEMORANDUM** dated, July 18, 2014. See Plaintiff's Memorandum of Law, Page 2, and footnote 2; Incorporated by reference.</u>

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____ No __X__

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____N/A_____

3

2. Court (if federal court, name the district; if state court, name the county);

 N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

## IV. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

\* (See Accompanied, "MEMORANDUM OF LAW, IN SUPPORT OF (BIVENS ACTION) PURSUANT TO 28 U.S.C §1331." ) ; Also See: Accompanied, "APPENDIX TO MEMORANDUM OF LAW, IN SUPPORT OF BIVENS ACTION PURSUANT TO 28 U.S.C §1331", and Incorporated by reference.

V.   **Relief**

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

1) Requesting the Court to hold a jury trial; 2) Requesting the court order each defendant pay the Plaintiff the amount in compensation Damage of $100,000.00 each and each defendant pay additional $75,000.00 in Punitive Damages; Also See, Plaintiff", Memorandum of Law, In support of Bivens Action Pursuant To 28 U.S.C §1331", Page 13. (Incorporated by reference).

Signed this 9 day of October, 20 14.

_____
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  October 9th 2014
(Date)

_____
Signature of Plaintiff

5

MCD-1330.16
Administrative
Remedy Program
July 30, 2010
Page 4
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM
## FCI/FPC MCDOWELL
## Welch, WEST VIRGINIA

The Bureau of Prisons Program Statement on Administrative Remedy Procedures for Inmates states that before an inmate seeks formal review of a complaint, he must try to resolve the complaint informally by presenting it to a staff member. The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: __DAMON, Marvin__ NO. __33793-083__ UNIT __A1__

1. Specific Complaint: __This complaint is being bought/submitted against Food Service employee, Mr. Boyd; and the food service Department, at FCI-McDowell; To-Wit: On December 30th, 2013, The Nation of Islam,"Religious Ceremonial Meal menu", request, were executed and approved by,(Cont'd next page,__

2. Relief Requested: __Continue on next page,__

3. Date/Time Complaint received from inmate: __3-6-14 2:20 PM__
4. Date/Time Informally discussed with inmate:
5. Staff Response: __See Attached__

6. Date Administrative Remedy provided: __3-10-2014 /8:00 am__

7. Informal Resolution was / ~~was not~~ accomplished.

__Marvin Damon__                                     __3/10/2014__
INMATE'S SIGNATURE/REGISTER NO.                       DATE

__K. Stock / CCC__                                    __3-10-2014__
STAFF MEMBER'S NAME & TITLE                           DATE

_____              _____
UNIT MANAGER'S SIGNATURE                              DATE

DISTRIBUTION: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resolved, forward the original resolution form, attached to the Administrative Remedy Form, to the Administrative Remedy Clerk.

DATE:                                                  Attachment B

TO:    Administrative Remedy File

(Cont'd from previous page of "Informal Resolution Form"(BP-8)/MCD-1330.16).

the Food Service Administrator, Mr. John Bowling. In that menu we(N.O.I)requested, (NAVY BEANS) for our ceremonial meal. On Tuesday, February 25th, 2014, at approximately 2:35pm, The Nation of Islam, held it's annual Religious Ceremonial Meal in food service-Inmates dinning room. However, while coming through the mainline to get my ceremonial meal/tray; I noticed that "Kidney Beans", were being used and served for the ceremonial meal, which is forbidden for us to eat and are inconsistent with religious dietary laws; thus, since, Mr. Boyd were presence at the time and overseeing the ceremonial meal. I than complained to him, by asking him, what happen to the "Navy Beans", that were suppose to be served, he replied, by saying: "Beans-is-Beans". This verbal response, by Mr. Boyd did not remedy this violation, nor did he attempted to make a reasonable accommodation, based on our Religious dietary laws. Thus, the failure of Mr. Boyd, and/or the Food Service Department to accommodate the Nation of Islam with the "Navy Beans", as a requirement during our ceremonial meal, infringed on my religious belief and practices. RELIGIOUS BELIEFS AND PRACTICES/DIETARY LAWS. Accordingly, to the "How To Eat To Live", book, by The Honorable Elijah Muhammad, he teaches, "No beans did he advise, except, the small navy beans, do we eat", Vol. 1, Page 5 (1967); See also, The Religious Beliefs and Practices, (TRM), T5360.01, Page 15, Number: 7, the section, Title, "How To Eat To Live", which states, relevant in-part: "The small navy beans are good, to eat". Paragraph C. In addition-Religious Beliefs and Practices, in Program Statement (P5360.09), Page 19, Paragraph 6, states: "Ritual or traditional foods must be consistent with the faith group's religious dietary laws". THEREFORE, the refusal to accommodate, the Nation of Islam, with the 'NAVY BEANS', instead, of the "Kidney Beans", were not consistent with, the Nation of Islam, Relgious dietary laws and Religious Beliefs and Practices, thus, violates my Religious Beliefs and Practices.

RELIEF SOUGHT:

a) Requesting $100.000(One-Hundred Thounsand Dollars)in Damages, for the violation of my Religious Beliefs and Practices-in violation of the First Amendment to the United States Constitution; and

b) Requesting, that Mr.Boyd, and all FCI-McDowell food service employee's, go through, a course of special traning and be educated, by a qualified 'dietitian', by being familiar with each religious faith group's dietary laws/and religious practices. 1/

Respectfully submitted,
/s/ [signature]
Marvin Damon-Reg.No. 33793-083
Federal Correctional Institution
McDowell
P.O. BOX 1009
Welch, Wv 24801

VERIFICATION.

I, the undersigned, Certify, Verify and declare under the penalties of perjury that the foregoing averment's, in this "INFORMAL RESOLUTION FORM(BP-8)", is true and correct, Pursuant to Title 28 U.S.C 1746; and 18 U.S.C 1621. Executed: On this 5, day of March 2014. 2/

/s/ [signature]
Marvin Damon
Affiant.

---

1/ PLEASE TAKE NOTICE: "No retaliation can be taken against staff or inmates who report any such violation". See: PS3420.09, attachments, A-Page 18, (Standard of Employee conduct).

2/ Williams v. Griffin, 952 F.2d 820,823(4th Cir. 1991)("Verified complaint carries the same weight as an affidavit, if based on matters within affiant's knowledge").

INMATE REQUEST TO STAFF MEMBER

Inmate: Damon, Marvin
No.: 33793-083
Qtr: Unit A-1

I am in receipt of your complaint where-in you allege a religious violation for the substitution of Kidney beans for the requested navy beans for the recent Nation Of Islam Religious Ceremonial Meal. A review of your complaint reveals, navy beans were not available "in-stock" at the institution and a substitution was made using Kidney Beans.

Upon further investigation, it has been verified, the use and consumption of kidney beans is not forbidden for consumption through Islamic Law.

3-07-2014
Date

John Bowling, FSA

U.S. DEPARTMENT OF JUSTICE REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __DAMON, Marvin, J__ __33793-083__ __A1-Unit__ __FCI -MCD__
 LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

**Part A- INMATE REQUEST** I have attached to this (BP-9), the original copy my (BP-8); and the original copy of the response, from Mr. John Bowling(FSA), title "Inmate Request To Staff", dated, 3/07/2014. Further, for the sake of brevity, I, the undersigned, Hereby and incorporate by reference, the fact's, as stated, in the undersigned (BP-8), as if set-forth, here at-length vice-versa. Furthermore, "I, disagree with Mr. Bowling response", when he stated: "...navy beans were not available "in-stock" at the institution and a substitution was made using kidney beans". ---Pursuant to Program Statement P5360.09, page 20, it states relevant part: "An inmate request to staff...must be submitted to the chaplain 60 day's before the ceremonial meals requesting ritual/ traditional foods. The chaplain will consult with the food service administrator to develope the menu for each ceremonial or commemorative meal at least 45 days before the scheduled date of the observance. This facilitates timely food ordering and preparation".

In this case, the spokesperson for the Nation of Islam , namely, Thomas McCoy, Register number: 55535-083, met with, the (AFSA), Mr. Tabor, to finalize the Religious Ceremonial Meal Menu. The menu were signed by Mr. Tabor, and dated December 30, 2013, thus, this is well in advance, to have procured, the requested 'navy beans', in a timely food, (Cont'd,

__3-14-2014__ __[signature] Marvin Damon__
DATE SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Administrative Remedy Coordinator
Received
MAR 1 8 2014

---

DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE CASE NUMBER: __771985-F1__

---

**Part C- RECEIPT** CASE NUMBER: _____

Return to: _____
 LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION
SUBJECT: _____

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN PRINTED ON RECYCLED PAPER BP-229(13)

(Cont'd from previous page of (BP-9)/Request For Administrative Remedy).

ordering and preparation. The ceremonial meal was held on February 25, 2014. Further, Mr. Bowling statement regarding the use and serving of the 'Kidney Beans', for consumption, as a substitution, were forbidden by The Nation of Islam-Religious Beliefs and Practices and Religious Dietary Laws, as taught to us and practice by the Honorable Elijah Muhammad; Therefore, the use and serving of the kidney beans, for consumption, were not consistent with our Religious Beliefs and Practices and Dietary laws, in which We also, have a right to avoid eating foods that are forbidden by our Religious Beliefs and Practices. This is also found in the ("B.O.P") own policy. (PLEASE REVIEW THE ATTACHED (BP-8), ADMINISTRATIVE REMEDY). Thus, Mr. Bowling's statement, in his response, that, "it has been verified, the use and consumption of kidney beans is not forbidden for consumption through Islamic Law." Must be rejected; and for also, deliberately, mis-interpreting, the Nation of Islam's, Religious Beliefs and Practices and Religious Dietary Laws, by comparing the ("N.O.I") Religious Beliefs and Practices and Dietary Laws, with that of the 'Islamic Law'.

Moreover, at No time, during the exchange of communication between me and Mr. Boyd, did he ever said, that 'Navy Beans', were not "in-stock", as I pointed out in my (BP-8), his word's were,---"Beans-is-Beans". Simply put, it is important to also point-out, that on the very next-day (February 26th, 2014), the food service Department, served, 'navy beans', to the general population, during the dinner meal. INTERESTINGLY.

RELIEF SOUGHT:

a) Requesting, $100.000 (One-Hundred Thousand Dollars in Damages, for the violation of my Religious Beliefs and Practices-in violation of the First Amendment to the United States Constitution; and

b) Requesting $75.000 (Seven-Five Thousand Dollars in Punitive-Damages, for theirs reckless acts, in deliberately violating my Religious Beliefs and Practices, when they knew or should have known, that "kidney beans" were forbidden to be use and serve for consumption, based on my religious beliefs and practices and Dietary Laws, this award is necessary, in order, to deter any future violation/injury of this kind by any federal bureau of prisons employee's, from reocurring.

c) Requesting, that Mr. Boyd, and all FCI-McDowell food service employee's go through a course of special training and be educated, by a qualified 'dietition, by being familiar with each religious faith group's dietary laws and religious beliefs and practices.

Respectfully submitted,
/s/ Marvin Damon
Marvin Damon-Reg.No. 33793-083
Federal Correctional Institution
McDowell
P.O. Box 1009
Welch, Wv 24801

VERIFICATION.

I, the undersigned, Certify, Verify and declare under the penalties of perjury that the foregoing averment's, in this "REQUEST FOR ADMINISTRATIVE REMEDY", is true and correct, Pursuant to Title 28 U.S.C. 1746; and 18 U.S.C 1621. Executed: On this 14 day, of march 2014.

/s/ Marvin Damon
Marvin Damon
Affiant.

REQUEST FOR ADMINISTRATIVE REMEDY                    MCD 771985-F1

Your request for Administrative Remedy dated March 18, 2014, has been reviewed, wherein you make an allegation that you disagree with the Food Service Administrator's response on the replacement of navy beans because they were out of stock on the day of the ceremonial meal.

An inquiry into this matter revealed that you were served kidney beans in place of navy beans during your ceremonial meal. Ceremonial meal menus are signed in advance to plan for service of the meals. However, at times, due to unforeseen circumstances, delivery issues arise that are out of the control of the Food Service Department and substitutions have to be made to the menu with like items. The navy beans were ordered with the quarterly subsistence items in January and they did not arrive due to the weather, trucking availability, and other vendor related issues.

Furthermore, Food Service staff made the substitution of kidney beans which is one of the beans you are allowed to consume as a member of the Nation of Islam.

Based on the above information this response is for informational purposes. If you are not satisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Region, 302 Sentinel Drive, Suite 200, Annapolis Junction, Maryland 20701, within 20 calendar days of the date of this response.

_____                           4/1/14
Bart Masters, Warden                                Date

U.S. Department of Justice  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: DAMON, Marvin, J     33793-083     A-1     FCI-McDowell
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I, the undersigned, hereby, realleged, and incorporated, by reference, the facts, and the legal contention(s), in his original (BP-8),(BP-9) and (BP-10), as if, set-forth, herein, the instant "BP-10", at-length, vice-versa; and the initial relief being sought. In addition, I, have attached hereto, the original 'BP-8', and the original 'BP-9', including, the Warden's response. (Remedy I.D. # MCD 771985-F1), dated, 4/1/2014. REASON FOR APPEAL. First and foremost, I, disagree with, the "BP-8", response, by Mr. John Bowling(FSA), whereas, he contend's, that, 'navy beans' were not available "in-stock" at the institution and a substitution was made using Kidney Beans. However, this statement by Mr. Bowling is murky, whereas, food service were given the ceremonial menu, well in advance, to have procured, the requested 'navy beans' for our Religious Ceremonial meal, this is accordance, with policy, P5360.09, therefore, there is no-excuse, for their failure, and their, NEGLECTLY, effort, to put-aside, some 'navy beans' for The Nation of Islam, meal. Simply, put, since, January of this year food service, has indeed, been serving 'navy beans' to the General population and including, February, the 26th. Furthermore, Mr. Bowling, has, deliberately, and deliberately, 'deceived', this administration, through, this administrative remedy process, by also, contending in his response, that it has been verified, that, 'the use and consumption of kidney beans is not forbidden for consumption through Islamic Law'. (Cont'd next page,

4-9-2014  
DATE              SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received  
APR 11 2014  
Mid-Atlantic Regional Office

_____ DATE             REGIONAL DIRECTOR  
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.  
ORIGINAL: RETURN TO INMATE        CASE NUMBER: 771985-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION  
SUBJECT: _____

_____ DATE           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

(Continuation from previous page of, "Regional Administrative Remedy Appeal"(BP-10)).

Yet, Mr. Bowling has failed to put-forth any evidence, verifying his response. Moreover, that is why, the question is asked, in the Institutional Supplement, for McDowell: "Was any...documentation used to 'verify' the response provided to the administrative remedy?" and the answer is no!, Nor could he. Nevertheless, Mr. Bowling and his food service employee's are all charged with 'imputed' knowledge, as to the Nation of Islam and other religious group's Religious Beliefs and practices and Religious Dietary Laws. 1/

Next, the Warden, contend's in his response, to my ("BP-9"), that,"That navy beans were ordered with the quarterly subsistence items in January and they did not arrive due to the weather, trucking availability, and other vendor related issues".(See, Warden's response, attached to my "BP-9", Administrative Remedy #771985-F1). However, this response, or statement by the Warden is 'murky', For example, if the Warden can contend in his response, but, failed to acknowledge and recognizes the fact, that, navy beans were actually being served to the general population in January and in February,(including the 26th, of February),yet, claim in his response, that no navy beans arrived. Thus, this response, by the Warden, requires, further, investigation by this office, in order, to properly make rational decision in this administrative process. This is particular true,because, the Warden has not offer no documentation to verify his response, in accordance, with McDowell Institutional Supplement, Pursuant MCD-1330.16, administrative remedy, July 30, 2010,Page 5, attachment B, n.7.

Furthermore, the Warden also, contend's in his response, "...the substitution of kidney beans which is one of the beans you are allowed to consume as a member of the Nation of Islam". This statement by Warden, runs-afoul, of the Nation of Islam Religious Beliefs and Practices and Dietary Laws, especially,when the Warden were made aware in my ("BP-8") and ("BP-9"),that the only beans We eat is the 'navy beans'. Thus, having the Warden being informed of these facts,prior to responding, meaning, his statement that, 'kidney beans which is one of the beans we can eat'; hence, this statement by him, violate's, the Code of Federal Regulations Rule 548.15, states,"No one may disparage the religious beliefs of an inmate..." Consequently, the Warden, has not provided any proof, whatsoever, to back-up his assertion; in order word's the Warden's response, is not based on 'actual facts'.

Respectfully submitted,
/s/ _____
Marvin Damon-Reg.No. 33793-083
Federal Correctional Institution
McDowell
P.O. BOX 1009
Welch, Wv 24801

## CONCLUSION.

For the foregoing reason(s) stated, herein,(this "BP-11"), the undersigned,respectfully, request, the same relief, as requested in his "BP-8" and "BP-9", by reference.

## VERIFICATION.

I, the undersigned, Certify,Verify, and declare under the penalties of perjury that the foregoing, "REGIONAL ADMINISTRATIVE REMEDY APPEAL", is true and correct, Pursuant to Title 28 U.S.C 1746; and 18 U.S.C 1621. Executed: On this 9 day of April 2014.

/s/ _____
Marvin Damon
Affiant.

1/ MCD-1330.16,Page 5, no.7,attachment B.

REGIONAL ADMINISTRATIVE REMEDY APPEAL
Part B - Response

Date Filed: April 11, 2014          Remedy ID No.: 771985-R1

You appeal the Warden's response to your Administrative Remedy. Specifically, you disagree with the Warden's response at FCI McDowell because you allege you were served kidney beans instead of navy beans during the ceremonial meal for the Nation of Islam.

An investigation into this matter revealed that you may meet with the chaplain and food service staff to choose options from the national menu to be served during a ceremonial meal. However, there is no guarantee that these menu items will be served during the ceremonial meal. On the date of the ceremonial meal for the Nation of Islam, kidney beans were substituted for navy beans. All other menu items for the Nation of Islam ceremonial meal were served as requested.

Furthermore, at times, due to unforeseen circumstances, delivery issues arise that are out of the control of the Food Service Department and substitutions have to be made to the menu with like items.

Your appeal of the Warden's response is denied. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

APR 28 2014
_____          _____
Date                                C/ Eichenlaub
                                    Regional Director
                                    Mid-Atlantic Region

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __DAMON, Marvin, J__ __33793-083__ __A-1__ __FCI-McDowell__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A - REASON FOR APPEAL  PLEASE TAKE NOTICE: On May 1,th 2014, I received my response back from the Mid-Atlantic, Regional office;However, I noticed, that my original copy of my (BP-8) and (BP-9), in-reference to Remedy #MCD 771985-F1 and the Regional office remedy #771985-R1, these documents were missing from my envelope when i received my response from the regional. I have e-mail the Warden at this institution, asking him and other agency for an investigation into this matter, because, this were the second time this have happen to my legal mail. I have attached hereto, a copy of the e-mail that i sent to the warden. Therefore, for the purpose of this appeal; I have attached a copy of my (BP-8) and (BP-9); and the Original ("BP-10") with the response's for each administrative remedies. REASON FOR APPEAL: I, the undersigned, hereby and incoporated by reference all the avertments and facts, set-forth in his "BP-8","BP-9" and "BP-10". I, disagree with the warden's response, and the Regional director response, because, they failed to acknowledged and admit, that Mr. John Bowling(FSA) and Food Service, employee, Mr. John Boyde, both erred when: First, Mr. Bowling failed to ensured that the Nation of Islam "Navy Beans" will be secured; 2) erred when they substituted the 'Navy Beans' with 'Kidney Beans', when they knew or should have known it were forbidden under the Nation of Islam dietary laws; 3) disparaging my religious, by making statements: "Beans-is-Beans". Therefore, this appeal should be granted.

__May 8, 2014__   __Marvin Damon__
DATE   SIGNATURE OF REQUESTER

Part B - RESPONSE



_____   _____
DATE   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

Part C - RECEIPT

   CASE NUMBER: _____

Return to: _____
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____   _____
DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**UNITED STATES GOVERNMENT**
**MEMORANDUM**
**FEDERAL BUREAU OF PRISONS**

DATE: July 18, 2014

REPLY TO
ATTN OF: National Inmate Appeals, Central Office

SUBJECT: Administrative Remedy Appeal: 771985-A1

Name: Damon, Marvin
Register No. 33793-083
Institution: Hazelton FCI

____1. Your appeal **(insert remedy #)** was answered on **(insert date)**. If you have not received your copy by now, you may ask the institution Administrative Remedy Coordinator to provide you with a copy from the Warden's Administrative Remedy File.

_x_2. We are in receipt of your Central Office Administrative Remedy Appeal **(771985-A1)** received on **(05-13-2014)**. In accordance with policy, if you do not receive a response within the time allotted for reply, including extension, you may consider the absence of a response to be a denial. **However**, each appeal accepted by this office will be responded to and you will be advised once the appeal is completed.

____3. Our records indicate that the appeal you reference has not been filed with this office.

____4. You have not provided sufficient information for us to respond to your inquiry. If your inquiry concerns an administrative remedy, please provide the case number, the date filed in this office or date mailed by you, your name and register number, and the subject of your administrative remedy. If you cannot provide all of this information, please provide as much as possible.

____5. A review of your inquiry reveals it contains issues you should first bring to the attention of institution staff. If you are unable to resolve the issue(s) informally, you may present your complaint to the Warden via the Administrative Remedy Procedure. This procedure is available to inmates confined in federal facilities to complain about any aspect of their confinement.

____6. Extensions are granted only if an inmate's submission is untimely by no fault of his own. Requests for extensions are only considered when submitted with the complete appeal packet.

____7. Central Office Administrative Remedy Appeal responses are the final agency position. If you are dissatisfied with the response, you may pursue any legal recourse you deem appropriate.

____8. We can only address issues within the jurisdiction of the Federal Bureau of Prisons. Your issue is one of _____ jurisdiction.

____9. Your appeal was rejected and returned to you on _____.

____10. Other: